IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

    Plaintiff,                    No. CIV S-07-0184 MCE DAD P

    vs.

M.T.A. KELLER, et al.,

    Defendants.                <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 5, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 3, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 8, 2007.

                                               /s/ Dale A. Drozd
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:mp
scot0184.36