IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

      Plaintiff,                     No. CIV S-07-0184 MCE DAD P

   vs.

M.T.A. KELLER, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed December 7, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, a summons, the USM-285 forms, and copies of his amended complaint, which are required to effect service on the defendants. On January 3, 2008, plaintiff submitted the appropriate summons and USM-285 forms. However, plaintiff failed to file eight true and exact copies of his amended complaint. Although plaintiff submitted copies of the main text of his amended complaint, he did not submit copies of the exhibits attached to it.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff a copy of the amended complaint filed June 18, 2007;

2. Within thirty days, plaintiff shall submit to the court eight true and exact copies of the amended complaint, including exhibits, filed June 18, 2007, and the Notice of Submission of Documents attached to this order. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: January 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
scot0184.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

     Plaintiff,                  No. CIV S-07-0184 MCE DAD P

    vs.

M.T.A. KELLER, et al.,         NOTICE OF SUBMISSION

     Defendants.            OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ <u>eight</u> true and exact copies of the amended complaint filed June 18, 2007.

DATED: _____.

                                                            _____
                                                             Plaintiff