EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
TODD DARROW IRBY, State Bar No. 153485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-3035
  Fax: (916) 324-5205
  Email: Todd.Irby@doj.ca.gov

Attorneys for Defendants A. Brar, D. Moser, A. Noriega, M.D., J. Rohror, and D. Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MAURICE SCOTT,**<br><br>                Plaintiff,<br><br>v.<br><br>**MTA KELLER,**<br><br>                Defendants. | 2:07-CV-0184 MCE DAD P<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendants A. Brar, D. Moser, A. Noriega, M.D., J. Rohror, and D. Wagner (Defendants) hereby answer Plaintiff Maurice Scott's Amended Complaint (Complaint) filed on June 18, 2007, as set forth below. Except for those allegations that are expressly admitted herein, Defendants deny each allegation in the Complaint.

/ / /

/ / /

/ / /

1.  Defendants admit the following allegations by Plaintiff:

   (a) **Parties:** Paragraphs 3 (to the extent that Defendant S. Moser was, at all times relevant to Plaintiff's allegations in the Complaint, a correctional captain at California State Prison, Solano (CSP-SOL)); 12 (to the extent that Defendant D. Wagner was, at all times relevant to Plaintiff's allegations in the Complaint, a correctional officer at CSP-SOL; 21 (to the extent that Defendant A Noriega was, at all times relevant to Plaintiff's allegations in the Complaint, a physician at CSP-SOL; 22 (to the extent that Defendant J. Rohror was, at all times relevant to Plaintiff's allegations in the Complaint, a physician at CSP-SOL); and 29 (to the extent that Defendant A. Brar[1] was, at all times relevant to Plaintiff's allegations in the Complaint, a physician at California State Prison, Corcoran (CSP-COR))

   (b) **Statement of Facts:** Paragraphs 1 (as to the location where Plaintiff was incarcerated on January 4, 2005); 13; 14 (to the extent that Defendant Knudsen authored the January 6, 2005, CDC 114); 16 (as to the fact that an Institution Classification Committee was convened on January 13, 2005, and the fact that Defendants Moser, Martinez, and Melgoza were three of the four individuals that staffed the Committee on that date.); 26; 29 (to the extent that Plaintiff was examined on April 25, 2005; 30 (to the extent that Plaintiff was examined on May 5, 2005); 31 (to the extent that Plaintiff was examined by someone named Mallory on June 2, 2005); and 36.

   (c) **Cause of Action:** Paragraphs 2 and 3.

2.  Defendants lack sufficient information or knowledge to either admit or deny the following allegations by Plaintiff:

   (a) **Parties:** Paragraphs 1-2; 3 (as to the nature and extent of Defendant Moser's responsibilities); 4-11; 12 (as to the nature and extent of Defendant Wagner's responsibilities); 16-20[2]; 21 (as to the nature and extent of Defendant Noriega's responsibilities); 22 (as to the

---

1. Erroneously identified by Plaintiff in the Complaint as *Abrar*.

2. Plaintiff's Amended Complaint, as filed and served on answering Defendants, is missing page 7, paragraphs 13-15. As a result, answering Defendants lack sufficient information or knowledge to either admit or deny the allegations that are, or may have been, contained on that page and in those paragraphs, if they ever existed.

Defendants' Answer to Plaintiff's Amended Complaint

2

1  nature and extent of Defendant Rohor's responsibilities); 23; 24-28; 29 (as to the nature and
2  extent of Defendant Brar's responsibilities); 30; 32; and 33-35.

3    (b) **Statement of Facts:** Paragraphs 1 (as to all alleged facts not specifically
4  admitted in Paragraph 1(b), above; 2-12; 13 (as to all alleged facts not specifically admitted in
5  Paragraph 1(b), above; 14 (as to all alleged facts not specifically admitted in Paragraph 1(b),
6  above; 15; 16 (as to all alleged facts not specifically admitted in Paragraph 1(b), above; 17-25;
7  27-28; 29-31 (as to all alleged facts not specifically admitted in Paragraph 1(b), above; 32-35;
8  and 37-43.

9    (c) **Cause of Action:** Paragraphs 1; 4; 5-6.

10   3. Defendants deny the following allegations by Plaintiff:

11    (a) **Cause of Action:** Paragraphs 7-9.

12    (b) **Declaratory Relief Allegations:** Paragraphs 1-2.

13    (c) **Injunctive Relief Allegations:** Paragraphs 1-3.

14   4. Defendants deny that Plaintiff is entitled to any of the equitable or legal relief
15  prayed for in the Prayers for Relief.

## AFFIRMATIVE DEFENSES

17   1. To the extent that Plaintiff failed to exhaust all administrative remedies before
18  filing suit, this action is barred under 42 U.S.C. § 1997e(a).

19   2. Plaintiff's Complaint is barred by the applicable limitations periods set forth in the
20  California Code of Civil Procedure including, but not limited to, section 335.1.

21   3. Defendants are entitled to qualified immunity from liability.

22   4. The Complaint fails to allege sufficient facts to constitute a cause of action for
23  exemplary damages.

## DEMAND FOR A JURY TRIAL

25  Under Federal Rule of Civil Procedure 38, Defendants demand that this matter be tried
26  by and before a jury to the extent provided by law.

27  / / /

28  / / /

Defendants' Answer to Plaintiff's Amended Complaint

## PRAYER FOR RELIEF

Accordingly, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by reason of this action, and that judgment be entered in favor of Defendants;

2. That Defendants be awarded costs of suit and attorneys' fees; and

3. That Defendants be awarded such other relief as the Court deems proper.

Dated: April 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General

*/s/ Todd Darrow Irby*

TODD DARROW IRBY
Deputy Attorney General
Attorneys for Defendants

30416052.wpd
SA2008301176

Defendants' Answer to Plaintiff's Amended Complaint

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Scott v. Keller, et al.**

No.:   **2:07-CV-0184 MCE DAD P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 7, 2008</u>, I served the attached **DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Maurice Scott
J-43336
Folsom State Prison
P.O. Box 71
Represa, CA  95671-5071
IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 7, 2008, at Sacramento, California.

| S. Burke | /s/ S. Burke |
|---|---|
| Declarant | Signature |

30432678.wpd