# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

    Plaintiff,

v.

D. MOSER, *et al.*,

    Defendants.

Case No. 2:07-CV-00184-KJD-PAL

**ORDER**

    On November 1, 2010, the Ninth Circuit Court of Appeals dismissed Plaintiff's interlocutory appeal. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions (#132/134) are **DENIED as moot**.

    DATED this 25th day of January 2011.

_____
Kent J. Dawson
United States District Judge