# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

              Plaintiff,

vs.

M.T.A. KELLER, et al.,

              Defendants.

Case No. 2:07-cv-00184-KJD-PAL

**ORDER**

(Mtn for Counsel - Dkt. #129)

This matter is before the court on Plaintiff Maurice Scott's Motion for Appointment of Counsel for Federal Civil Rights Proceeding (Dkt. #129). This is Plaintiff's fourth request for the court to appoint counsel to him in this matter, and the Motion (Dkt. #129) is a verbatim copy of his previous Motions (Dkt. #38, 39, 48). For the reasons stated more fully in the court's previous Order (Dkt. #87) entered September 30, 2009,

**IT IS ORDERED:**

1. Plaintiff's Motion to Appoint Counsel (Dkt. #129) is DENIED.
2. Plaintiff shall not file any further Motions to Appoint Counsel unless there is a change in circumstances to warrant such a filing.

Dated this 17th day of March, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE