# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

Plaintiff,

v.

MTA KELLER, *et al*.,

Defendants.

Case No. 2:07-CV-00184-KJD-PAL

**ORDER**

A second settlement conference in this action was held on November 9, 2012. The case was not settled and Minutes (#151) of the proceeding were filed the same day. Also the same day, a Declaration (#152) by Plaintiff Maurice Scott, signed November 7, 2012, was filed. In the Declaration, Scott asserts that he is being retaliated against for the present and other court actions he has filed. However, since November 9, 2012, no other proceeding of record has been taken by any party to this action.

Local Rule 280 requires parties to act with diligence in order to bring an action to trial. "[A]ny party who is ready to proceed to pretrial conference and trial may serve and file a motion to have the action set for pretrial conference or trial or both." LR 280 (b). Here, Plaintiff has not acted

///

diligently in bringing his claims to trial. Therefore, Plaintiff is ordered to show cause no later than July 31, 2014, why his action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

DATED this 30th day of June 2014.

Kent J. Dawson
Senior United States District Judge