IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE SCOTT,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MTA KELLER,**<br><br>                              Defendants. | Case No. 2:07-CV-00184 KJD PAL<br><br>**ORDER** |

   Good cause appearing, Defendants Moser's and Wagner's motion to extend the deadline for the parties to file a proposed, joint pretrial-order is granted.  The proposed, joint pretrial-order is due on or before April 16, 2015.

Dated:  March 12, 2015

_____
The Honorable Kent J. Dawson

1