# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,

    Plaintiff,

v.

MTA KELLER, *et al.*,

    Defendants.

Case No. 2:07-CV-00184-KJD-PAL

**ORDER**

    **IT IS HEREBY ORDERED** that the Minute Order (#165) referring the case to Magistrate Judge Peggy A. Leen for setting of a settlement conference is hereby **VACATED.**

    DATED this 8th day of July 2015.

_____
Kent J. Dawson
United States District Judge