1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  MARTHA P. EHLENBACH, State Bar No. 291582
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-7553
6    Fax:  (916) 324-5205
     E-mail:  Martha.Ehlenbach@doj.ca.gov
7  *Attorneys for Defendants Moser and Wagner*

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

| | |
|---|---|
| **MAURICE SCOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**MTA KELLER,**<br><br>Defendants. | Case No. 2:07-CV-00184 KJD PAL (PC)<br><br>**STIPULATION AND ORDER TO AMEND THE PRETRIAL ORDER TO CORRECT A MISIDENTIFIED DEFENSE WITNESS**<br><br>Judge:          The Hon. Kent J. Dawson<br>Trial Date:    December 14, 2015<br>Action Filed: June 17, 2007 |

## INTRODUCTION

This case is set for trial on December 14-17, 2015, in Sacramento.  (ECF No. 164.) Defense counsel discovered that, in the Joint-Pretrial Order, Officer Campbell was misidentified as a defense witness and misnamed in the statement of the parties' admitted facts.  (ECF No. 164 at 7:1-2, 12:15.)  Defendants intended to name Officer Cunningham as a witness and in the statement of facts.  The parties stipulate that the Court may issue an order amending the Joint-Pretrial Order to name the correct individual.

/ / /

/ / /

/ / /

1

**STIPULATION**

The parties, having met and conferred, hereby stipulate that the Court may amend the Joint-Pretrial Order to list Officer Cunningham as a defense witness in place of Officer Campbell. (ECF No. 164 at 12:15.) The parties further stipulate that Officer Cunningham replaces Officer Campbell in the parties' list of admitted facts. (*Id.* at 7:1-2.)

SO STIPULATED.

Dated: 11/09/15

*Maurice R. Scott*  J43336
Maurice Scott (J-43336)
*Plaintiff*

Dated: November 6, 2015

*/s/ Martha P. Ehlenbach*
Martha P. Ehlenbach
Deputy Attorney General
*Attorney for Defendants Moser and Wagner*

SA2008301176
32278063.doc

**ORDER**

Based on the parties' stipulation and good cause appearing, the Joint-Pretrial Order is amended to identify Officer Cunningham as a defense witness in place of Officer Campbell. (ECF No. 164 at 12:15.) And, the parties' list of admitted facts in the order is amended to name Officer Cunningham in place of Officer Campbell on page 7, lines one and two.

IT IS SO ORDERED.

DATED: 11/10/2015

_____
Hon. Kent J. Dawson
United States District Judge