1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8
9    MAURICE SCOTT                    )
10        Plaintiff,                   )
                                      )
11   vs.                              )        2:07-CV-0184-KJD-PAL
                                      )
12                                    )
13   KELLER ET AL.,                   )        **JUDGE KENT J. DAWSON'S**
                                      )        **ORDER REGARDING TRIAL**
14        Defendant                    )
   _____         )
15                                    )
16
17       1.  Attached hereto is a list of cases that are presently scheduled for trial before the
18   Honorable Kent J. Dawson, United States District Judge at Sacramento, California,
19   commencing on **MONDAY, DECEMBER 14, 2015** at 9:00 a.m. in Courtroom 4.
20       2.  Counsel for all parties in the civil and criminal cases shall appear in Courtroom 4A
21   on **TUESDAY, DECEMBER 8, 2015** at 9:00 a.m.  for Calendar Call.  Unless a party in a civil
22   case or a defendant in a criminal case is appearing pro se, the individual parties in civil cases
23   and the defendants in criminal cases will not be required to appear for Calendar Call unless
24   the Court directs otherwise.
25       3.  Counsel or their clients will be excused from Calendar Call if, prior to the scheduled
26   calendar call, settlement papers have been filed in a civil case or a defendant's plea of guilty
27   or *nolo contendere* has been accepted in a criminal case.
28

4.  At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause.  Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS' NOTICE** from the Courtroom Administrator.

5.  <u>CHANGE OF PLEA HEARINGS</u>.  Changes of Plea will be taken at Calendar Call unless alternate arrangements are made with the Courtroom Administrator prior to the week of Calendar Call. It shall be the responsibility of counsel for the United States and for Defendant(s) to ensure that the original or a copy of the plea agreement is provided to the Courtroom Administrator no later than the preceding Thursday. If a copy is provided, the original must be presented  to the Courtroom Administrator prior to the commencement of the Calendar Call.

6.  <u>STATUS HEARINGS.</u>  The Court may conduct a status conference prior to the scheduled Calendar Call.  If the Court is satisfied during the status conference that the case is ready for trial, the Court may vacate the Calendar Call.

7.  <u>WITNESSES</u>.  Counsel shall immediately subpoena all witnesses for the time and trial date as listed above.  Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial.  Witnesses are not required to be present at the Calendar Call, but must appear as subpoenaed.

8.  <u>EXHIBITS</u>.  <u>At least three (3) court days prior to trial</u> counsel shall supply the Courtroom Administrator with the **original** and **one** copy of a complete exhibit list of all exhibits that are intended to be used during the trial.  At the same time, counsel shall serve upon opposing counsel a copy of the same.  <u>Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999.</u>  If the total exhibits per side exceed 15, the exhibits are to be placed in 3-ring binders with numbered dividers.  The exhibits are to be listed on the form provided by the Clerk's Office or obtained from the Court's website *www.nvd.uscourts.gov* . The form may be computer-generated but must conform to the requirements of the Court's form. Counsel shall retain possession of their exhibits until such

time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the Courtroom Administrator unless otherwise ordered.

9. <u>MARKING EXHIBITS</u>.  During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits.  At least three (3) <u>court</u> days in advance of trial, counsel in civil cases shall notify the Courtroom Administrator that the exhibits have been pre-marked.

10.  <u>EVIDENCE DISPLAY EQUIPMENT.</u>   Counsel wishing to utilize the Court's evidence display equipment must contact the Courtroom Administrator to determine its availability and arrange for training.  Counsel wishing to utilize their laptops, video recordings, *et cetera,* must contact the Courtroom Administrator to arrange a time and date prior to trial to test these to ensure they are compatible with the Court's systems/equipment.

11. <u>TRIAL BRIEFS.</u>  Trial briefs, if any, shall be electronically filed **at least three (3) Court days prior to the commencement of trial.**

12.  <u>PROPOSED VOIR DIRE QUESTIONS</u>.  All proposed *voir dire* questions which Counsel request the Court to pose to prospective jurors at the time of jury selection shall be filed electronically **at least three (3) Court days prior to the commencement of trial.**

13. <u>JURY INSTRUCTIONS.</u> Counsel are to comply with the Order Regarding Pretrial Procedure in a Criminal Case or the Joint Pretrial Order in a civil case.  At least five (5) days prior to commencement of a criminal trial, or  two (2) weeks prior to the commencement of the trial of a civil case, Counsel or parties appearing pro se are required to meet and confer to submit a set of agreed-upon jury instructions to the Court.  **<u>At least three (3) Court days</u>** prior to the commencement of a trial, **<u>counsel are to electronically file the original  set of mutually acceptable jury instructions and a set of disputed instructions and submit same to chambers (in WordPerfect format) on disc.</u>**

14. <u>TRIAL JUDGE</u>.  Although the cases that are listed on the attached trial calendar are assigned to Judge Dawson, the cases may proceed to trial before another Nevada District Judge or a visiting District Judge.

15.  <u>CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE</u>.  Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States Magistrate Judge pursuant to Title 28 USC § 636(c)(2).  The right to proceed before a Magistrate Judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment in a proceeding before a Magistrate Judge shall be taken directly to the United States Court of Appeals.  The option to proceed before a Magistrate Judge is available to the parties at the time an action is commenced.  The Court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceeding.

16.  <u>SANCTIONS</u>.  As provided for under the Local Rules of Practice of this court, the Court will consider the imposition of sanctions against any attorney who: (1) fails to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order, Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such filings; (2) fails to comply with the provision of this order including, but not limited to, the failure to appear for calendar call without first having been excused by the court or the Courtroom Administrator with the permission of the Court; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

17. <u>CONTACT PERSON</u>.  All questions and information regarding the trial calendar are to be directed to DENISE SAAVEDRA, Courtroom Administrator, at 702-464-5467 or Denise_Saavedra@nvd.uscourts.gov.

18.  The **date** of the Clerk's File Mark shall constitute the date of this order.

**IT IS SO ORDERED.**

/s/ **KENT J. DAWSON**

**UNITED STATES DISTRICT JUDGE**

TRIAL CALENDAR OF THE HONORABLE KENT J. DAWSON, UNITED STATES DISTRICT JUDGE, AT LAS VEGAS, NEVADA, COMMENCING ON **MONDAY, DECEMBER 14, 2015 AT 9:00 A.M.,** WITH CALENDAR CALL SET FOR **TUESDAY, DECEMBER 8, 2015 AT 9:00 A.M.,** COURTROOM 4A.

---

1. 2:14-cr-0348-KJD-PAL

UNITED STATES OF AMERICA
vs.
OSCAR GONZALEZ-SAMANIEGO               CUSTODY

Jury Trial (Estimated __ Day)

5-Count Criminal Indictment:
21 USC § 841(a)(1) and (b)(1)(B)(viii)
21 USC § 841(a)(1) and (b)(1)( C)
18 USC § 922(g)(5)(A) and 924(a)(2)
21 USC § 841(a)(1) and (b)(1)( C) and 18 USC § 924( c)

**For Plaintiff:**
Amber Craig, *AUSA*
702-388-6336

**For Defendant:**
Paul Riddle, *AFPD*
702-388-6577

---

2. 2:15-cr-0019-KJD-GWF

UNITED STATES OF AMERICA
vs.
LAFAYETTE G. BAIDA, II                 BOND

Jury Trial (Estimated __ Day)

1-Count Criminal Indictment:
18 USC § 641

**For Plaintiff:**
Kathryn Newman*, AUSA*
702-388-6336

**For Defendant:**
Monique Kirtley, *AFPD*
702-388-6577

---

3. 2:15-cr-0284-KJD-PAL

UNITED STATES OF AMERICA
vs.
GRAHAM THOMAS WILSON                    CUSTODY

Jury Trial (Estimated __ Day)

1-Count Criminal Indictment:
18 USC § 922(g)(1) and 924(a)(2)

**For Plaintiff:**
Phillip Smith, *AUSA*
702-388-6336

**For Defendant:**
Heidi Ojeda, *AFPD*
702-388-6577

TRIAL CALENDAR
DECEMBER 14, 2015                                                                    PAGE 2

---

CIVIL

4. 07-cv-184-KJD                          MAURICE SCOTT
                                          vs.
                                          MTA KELLER ET AL.,


Jury Trial (Estimated __ Day)
                                                    Civil Complaint:
                                                    Civil Rights



**For Plaintiff:**                        **For Defendant:**
Maurice Scott, *Pro Se*                   Jaime Michelle Ganson
                                          916-324-6421
                                          Martha Ehlenbach
                                          916-324-7553
                                          Christian Barrett Green
                                          916-857-2431


*Note: Counsel are directed to call the Meet-Me-Line at 702-868-4915, conference code:123456, no later than five (5) minutes prior to the start of the proceeding. Counsel is advised the use of mobile or speaker phone is prohibited.